# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> LOGITECH, INC. § <br> § <br> Defendant. § <br> _____ § | Case No: 2:17-cv-400-RWS |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Patent Imaging LLC's motion to dismiss with prejudice Defendant Logitech, Inc. pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Logitech, Inc. are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

SO ORDERED.

**SIGNED this 13th day of July, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE